CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 0 1 2008

JOHN F. CORCORAN, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

RAYMOND KEVIN MANEVAL,
    Petitioner,

v.

D. B. EVERETT,
    Respondent.

Civil Action No. 7:08-cv-00056

**FINAL ORDER**

By: Hon. Glen E. Conrad
United States District Judge

In accordance with the written memorandum opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that the above referenced petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254, shall be and hereby is **DISMISSED** without prejudice, pursuant to Rule 4 of the Rules Governing § 2254 Cases, for failure to exhaust state court remedies. Any pending motions are hereby **DENIED as MOOT**, and the action is **STRICKEN** from the active docket of the court.

    The Clerk is directed to send a certified copy of this final order and the accompanying memorandum opinion to the petitioner.

    **ENTER:** This _1st_ day of February, 2008.

                                       _/s/ Glen Conrad_
                                       United States District Judge